UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Sarmiento & Ramos,

           Debtor.

Civil Action No. 06-4729 (PGS)

**ORDER**

This matter comes before the Court on appeal of the decision of the Bankruptcy Court which held that the New Jersey Department of Labor improperly withheld post-petition unemployment compensation benefits to the Chapter 13 appellee, Christian Sarmiento ("appellee" or "debtor"), to offset pre-petition unemployment compensation benefits that had been fraudulently obtained.

The Court having considered oral argument, briefs and supporting papers of the parties, and for the reasons set forth in the accompanying Opinion; and for good cause shown;

**IT IS** on the 12th day of September, 2007,

**ORDERED** that Order of the Bankruptcy Court below is reversed; and it is further

**ORDERED** that Nicholas Fitzgerald, Esq., pay a fine of $500.00 payable to the Clerk, United State District Court, District of New Jersey, within thirty days.

                                                                             */s/ Peter G. Sheridan*
                                                                  PETER G. SHERIDAN, U.S.D.J.

September 12, 2007